## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 20-CR-00051-SSV-JVM |
| | : | |
| JASON BOYET | : | JUDGE SARAH S. VANCE |

## NOTICE OF APPEAL

Notice is hereby given that Jason Boyet, defendant herein, appeals to the United States Court of Appeals for the Fifth Circuit from the judgment and sentence announced on November 3, 2021, in the above captioned case.

This 8th day of November, 2021.

Respectfully submitted,

*/s/ Rachel Conner*
Rachel I. Conner (La. Bar No. 29726)
3015 Magazine Street
New Orleans, LA  70115-2232
(504) 581-9083

*Attorney for Jason Boyet*